AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America
v.
Treyon Antonio Williams

Case No:  4:22CR000040-1

USM No:  81792-509

Date of Original Judgment:  July 12, 2022
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Ronald J. Poirier
*Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___July 12, 2022___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 13, 2025

*Judge's signature*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*

Effective Date: _____
*(if different from order date)*